AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☑ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

--- OFFENSE CHARGED ---

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:

SEE ATTACHMENT

--- DEFENDANT - U.S. ---

► JOANNE FOUNTAINE

DISTRICT COURT NUMBER

CR-07-00006 SBA

**FILED**
DEC 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

--- PROCEEDING ---

Name of Complaintant Agency, or Person (&Title, if any)

U.S. POSTAL INSPECTION SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   KESLIE STEWART, AUSA

--- DEFENDANT ---

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►  _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges     } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ► Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ► Month/Day/Year _____

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

ATTACHMENT TO PENALTY SHEET
JOANNE FOUNTAINE
DANIELLE R. OLIVA, and
ANTHONY TIMMONS

VIOLATIONS:

COUNT 1:   18 U.S.C. § 1029(b)(2) - Conspiracy to Commit Access Device Fraud;

COUNTS
2-4-6:   18 U.S.C. § 1028A - Aggravated identity Theft;

COUNTS
3 and 5:   42 U.S.C. § 408(a)(7)(B) - Fraudulent Use of Social Security Number

PENALTIES:

COUNTS
1-3-5:   5 years maximum imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment.

COUNTS
2-4-6:   2 years mandatory imprisonment to run consecutively; $250,000 fine; 3 years supervised release and $100 special assessment.  EACH COUNT

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☑ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:

SEE ATTACHMENT

**DEFENDANT - U.S.**

▶ DANIELLE R. OLIVA

DISTRICT COURT NUMBER

CR-07-00006 SBA

FILED
DEC 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

U.S. POSTAL INSPECTION SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  KESLIE STEWART, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

ATTACHMENT TO PENALTY SHEET
JOANNE FOUNTAINE
DANIELLE R. OLIVA, and
ANTHONY TIMMONS

VIOLATIONS:

COUNT 1: 18 U.S.C. § 1029(b)(2) - Conspiracy to Commit Access Device Fraud;

COUNTS
2-4-6: 18 U.S.C. § 1028A - Aggravated identity Theft;

COUNTS
3 and 5: 42 U.S.C. § 408(a)(7)(B) - Fraudulent Use of Social Security Number

PENALTIES:

COUNTS
1-3-5: 5 years maximum imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment.

COUNTS
2-4-6: 2 years mandatory imprisonment to run consecutively; $250,000 fine; 3 years supervised release and $100 special assessment. EACH COUNT

AO 257 (Rev. 6/78)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☑ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:

SEE ATTACHMENT

**DEFENDANT - U.S.**

▶ ANTHONY TIMMONS

DISTRICT COURT NUMBER

CR-07-00006 SBA

**FILED**
DEC 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

U.S. POSTAL INSPECTION SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    KESLIE STEWART, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶    Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

ATTACHMENT TO PENALTY SHEET
JOANNE FOUNTAINE
DANIELLE R. OLIVA, and
ANTHONY TIMMONS

VIOLATIONS:

COUNT 1: 18 U.S.C. § 1029(b)(2) - Conspiracy to Commit Access Device Fraud;

COUNTS
2-4-6: 18 U.S.C. § 1028A - Aggravated identity Theft;

COUNTS
3 and 5: 42 U.S.C. § 408(a)(7)(B) - Fraudulent Use of Social Security Number

PENALTIES:

COUNTS
1-3-5: 5 years maximum imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment.

COUNTS
2-4-6: 2 years mandatory imprisonment to run consecutively; $250,000 fine; 3 years supervised release and $100 special assessment. EACH COUNT

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

CR-07-00006 SBA

UNITED STATES OF AMERICA,

V.

JOANNE FOUNTAINE,
DANIELLE R. OLIVA, and
ANTHONY TIMMONS



DEFENDANT.

**FILED**

DEC 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

SUPERSEDING **INDICTMENT**

18 U.S.C. § 1029(b)(2) – Conspiracy To Commit
Access Device Fraud; 18 U.S.C. § 1028A – Aggravated
Identity Theft; 42 U.S.C. § 408(a)(7)(B) – Fraudulent
Use of Social Security Number

---

A true bill.

_____
Foreman

Filed in open court this 20th day of December 2007

_____
Clerk

Bail, $ No bail, arrest warrants for Timmons & ~~Fiet~~ Fountaine

Wayne D. Brazel
12/20/07

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3
4                                                           **FILED**

5                                                           DEC 2 0 2007

6                                      RICHARD W. WIEKING
                                                        CLERK, U.S. DISTRICT COURT
                                                       NORTHERN DISTRICT OF CALIFORNIA
7                                                                OAKLAND

8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                              OAKLAND DIVISION
11

12
   UNITED STATES OF AMERICA,        )   No.   CR-07-00006 SBA
13                                  )
        Plaintiff,                  )   VIOLATIONS: 18 U.S.C. § 1029(b)(2) –
14                                  )   Conspiracy To Commit Access Device
        v.                          )   Fraud; 18 U.S.C. § 1028A – Aggravated
15                                  )   Identity Theft; 42 U.S.C. § 408(a)(7)(B) –
   JOANNE FOUNTAINE,                )   Fraudulent Use of Social Security Number
16 DANIELLE R. OLIVA, and           )
   ANTHONY TIMMONS                  )
17                                  )   OAKLAND VENUE
        Defendants.                 )
18 _____  )

19
                           SUPERSEDING INDICTMENT
20

21 The Grand Jury charges:

22 COUNT ONE: [18 U.S.C. § 1029(b)(2) – Conspiracy to Commit Access Device Fraud]

23      Beginning on a date unknown to the grand jury, but no later than February 25, 2006, and

24 continuing until no later than December 14, 2006, in the Northern District of California and

25 elsewhere, the defendants

26 ///

27 ///

28 ///

SUPERSEDING INDICTMENT
U.S. v. LOMBARDI ET. AL.



JOANNE FOUNTAINE,
DANIELLE R. OLIVA, and
ANTHONY TIMMONS,

together with others known and unknown to the grand jury, did knowingly and intentionally conspire to use unauthorized access devices in violation of Title 18, United States Code, Section 1029(a)(2), and by such conduct did affect interstate commerce and obtain cash and things of value aggregating $1,000 or more during any-one year period.

## METHOD AND MEANS OF THE CONSPIRACY

The defendants achieved, and attempted to achieve, the objectives of the conspiracy using the following means and methods, among others:

A. It was part of the conspiracy that a member of the conspiracy would obtain personal identifying information of individuals with existing Chase Bank Visa accounts, including but not limited to names, account numbers, social security numbers, and dates of birth.

B. It was further part of the conspiracy that a member of the conspiracy would call Chase Bank and pretend to be the account holder of a Chase Bank VISA account.

C. It was further part of the conspiracy that the caller would provide personal identifying information of the true account holder to Chase Bank.

D. It was further part of the conspiracy that the caller would ask that a new card or cards be issued on the existing account and sent to a new address.

E. It was further part of the conspiracy that for some credit card accounts the caller would ask that the new card be issued in the name or alias of a member of the conspiracy.

F. It was further part of the conspiracy that members of the conspiracy would cause Chase Bank to send the Visa credit cards from its Waterville, Ohio location by United States Mail or United Parcel Service ("UPS") to an address in California.

G. It was further part of the conspiracy that members of the conspiracy would

|   |   |
|---|---|
| 1 | use the Chase Bank Visa credit cards without the permission of the true |
| 2 | account holders to get cash advances. |
| 3 | H. It was further part of the conspiracy that members of the conspiracy would |
| 4 | use the Chase Bank Visa credit cards without the permission of the true |
| 5 | account holders to make purchases. |

### OVERT ACTS

In furtherance of the conspiracy, and to obtain the ends thereof, members of the conspiracy committed, among others, the following overt acts in the Northern District of California and elsewhere:

1. On or about February 25, 2006, co-conspirator Brandy M. Minner presented a counterfeit California Driver's Licence in the name of Victim TT to the cashier at Exotic Custom Jewelry in Richmond, California.

2. On or about February 25, 2006, co-conspirator Brandy M. Minner charged $8,000 to purchase jewelry at Exotic Custom Jewelry in Richmond, California on an unauthorized access device in the name of Victim TT on a Visa account ending 6882.

3. On or about May 11, 2006, co-conspirator Brandy M. Minner charged $5150 to obtain cash at the San Pablo Casino in Richmond, California on an unauthorized access device in her name on a Visa account of Victim AC with the last four numbers 9210.

4. On or about May 11, 2006, defendants Joanne Fountaine, Anthony Timmons, co-conspirator Tony D. Lombardi and co-conspirator Brandy M. Minner went together to Exotic Custom Jewelry in Richmond, California where co-conspirator Brandy M. Minner charged $31,000 to purchase jewelry for the group on an unauthorized access device in her name on a Visa account of Victim AC with the last four numbers 9210.

5. On or about May 12, 2006, defendant Danielle L. Oliva charged $5150 to obtain cash at the San Pablo Casino in San Pablo, California on an

SUPERSEDING INDICTMENT
U.S. v. LOMBARDI ET. AL.                3

unauthorized access device in the name of "Danielle Olivia" on a Visa account of Victim VT with the last four numbers 5392.

6. On or about May 24, 2006, co-conspirator Tony D. Lombardi identified himself as Victim JK to the apartment manager of 31950 Garrity Way in San Pablo, California and claimed two UPS packages addressed to Victim JK, including a Visa card in the name of Brandy Minner issued on a Chase account in the name of Victim JK with the last four numbers 5774.

7. On or about September 29, 2006, co-conspirators Tony D. Lombardi and Brandy M. Minner went to Fred Meyers Jewelers in Pleasanton, California where Minner attempted to charge over $3000 to purchase jewelry on an unauthorized access device in the name of Victim MH on a Visa account of Victim MH with the last four numbers 2969.

8. On or about October 24, 2006, co-conspirators Tony D. Lombardi and Ebony L. Allen went to a Washington Mutual Bank in Hercules, California where Allen charged $3000 to obtain cash on an unauthorized access device in her name on a Visa account of Victim JC with the last four numbers 0061.

All in violation of Title 18, United States Code, Section 1029(b)(2).

COUNT TWO: [18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft]

On or about May 12, 2006, in the Northern District of California, the defendant,

DANIELLE R. OLIVA

did knowingly possess and use, without lawful authority, a means of identification of another person, namely an unauthorized access device of Victim VT with an account number ending 5392, during and in relation to a felony violation of 18 U.S.C. § 1029(b)(2) as alleged in Count One, in violation of Title 18, United States Code, Section 1028A(a)(1).

///
///
///

SUPERSEDING INDICTMENT
U.S. v. LOMBARDI ET. AL.                            4

1 | COUNT THREE: [42 U.S.C. § 408(a)(7)(B) – Fraudulent Use of Social Security Number]

2 |     On or about December 12, 2005, in the Northern District of California, the defendant

3 |                              ANTHONY TIMMONS,

for the purpose of and with intent to deceive and defraud, knowingly used Social Security Number XXX-XX-5135 in connection with a rental application for an apartment at the San Marcos Apartment Building located at 2601 Hilltop Drive in Richmond, California, falsely representing that the number was assigned to him by the Commissioner of Social Security, when in fact such number was not the number assigned to the defendant; in violation of 42 U.S.C. § 408(a)(7)(B).

COUNT FOUR: [18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft]

    On or about December 12, 2005, in the Northern District of California, the defendant

                             ANTHONY TIMMONS,

did knowingly use, without lawful authority, a means of identification of another person, specifically the name and date of birth of Victim KS, during and in relation to a felony violation of 42 U.S.C. § 408(a)(7)(B) as alleged in Count Three, in violation of Title 18, United States Code, Section 1028A(a)(1).

COUNT FIVE: [42 U.S.C. § 408(a)(7)(B) – Fraudulent Use of Social Security Number]

    On or about May 1, 2006, in the Northern District of California, the defendant

                             JOANNE FOUNTAINE,

for the purpose of and with intent to deceive and defraud, knowingly used Social Security Number XXX-XX-4506 in connection with a rental application for an apartment at the Tides Apartment Building located at ~~1185~~ [handwritten: 31950 pm] Garrity Way in San Pablo, California, falsely representing that the number was assigned to her by the Commissioner of Social Security, when in fact such number was not the number assigned to the defendant; in violation of 42 U.S.C. § 408(a)(7)(B).

///
///
///
///

SUPERSEDING INDICTMENT
U.S. v. LOMBARDI ET. AL.                         5

COUNT SIX: [18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft]

On or about May 1, 2006, in the Northern District of California, the defendant

JOANNE FOUNTAINE,

did knowingly use, without lawful authority, a means of identification of another person, specifically the name and date of birth of Victim LB, during and in relation to a felony violation of 42 U.S.C. § 408(a)(7)(B) as alleged in Count Five, in violation of Title 18, United States Code, Section 1028A(a)(1).

DATED: December 20, 2007                    A TRUE BILL.

                                            _____
                                            FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Division

(Approved as to form: _____
                       AUSA Keslie Stewart

SUPERSEDING INDICTMENT
U.S. v. LOMBARDI ET. AL.                    6