| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 21 Mins | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ivy L. Garcia | REPORTER/FTR<br>FTR: 1/16/08 | 10:02:36-10:07:05 recalled<br>10:35:15-10:51:26 |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>1/16/08 | NEW CASE ☐ | CASE NUMBER<br>CR-07-00006-SBA |

### APPEARANCES

| DEFENDANT<br>JOANNE FOUNTAINE | AGE | CUST<br>Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Holly Tate for Robert Sims | PD. ☐ RET. ☐<br>APPT. ☒ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Keslie Stewart | INTERPRETER<br>None | | ☒ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D | |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Taifa Gaskins | | DEF ELIGIBLE FOR APPT'D COUNSEL ☒ | PARTIAL PAYMENT OF CJA FEES ☐ | |

### PROCEEDINGS SCHEDULED TO OCCUR

- ☐ INITIAL APPEAR
- ☐ PRELIM HRG
- ☐ MOTION
- ☐ JUGM'T & SENTG
- ☐ STATUS
- ☐ I.D. COUNSEL
- ☒ ARRAIGNMENT — 4 Mins HELD
- ☒ BOND HEARING — 16 Mins HELD
- ☐ INITIAL APPEAR REV PROB OR S/R
- ☐ OTHER
- ☐ DETENTION HRG
- ☐ ID / REMOV HRG
- ☐ CHANGE PLEA
- ☐ PROB. REVOC.
- ☒ ATTY APPT HEARING — 1 Min HELD

### INITIAL APPEARANCE

- ☐ ADVISED OF RIGHTS
- ☐ ADVISED OF CHARGES
- ☐ NAME AS CHARGED IS TRUE NAME
- ☐ TRUE NAME

**FILED JAN 16 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

- ☐ ARRAIGNED ON INFORMATION
- ☒ ARRAIGNED ON SUP. INDICTMENT CTS. 1, 5 & 6
- ☐ READING WAIVED SUBSTANCE
- ☐ WAIVER OF INDICTMENT FILED

### RELEASE

- ☐ RELEASED ON O/R
- ☒ ISSUED APPEARANCE BOND
- AMT OF SECURITY $ 100,000 PR UNSECURED
- SPECIAL NOTES
- ☐ PASSPORT SURRENDERED DATE:

PROPERTY TO BE POSTED ☐ CASH $ ___
CORPORATE SECURITY ☐
REAL PROPERTY: ☐

- ☐ MOTION FOR DETENTION
- ☐ PRETRIAL SERVICES REPORT
- ☐ DETAINED
- ☒ RELEASED
- ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED
- ☐ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

### PLEA

- ☐ CONSENT ENTERED
- ☒ NOT GUILTY AS TO CTS. 1, 5 & 6
- ☐ GUILTY
- GUILTY TO COUNTS: ☐
- ☐ PRESENTENCE REPORT ORDERED
- ☐ CHANGE OF PLEA
- ☐ PLEA AGREEMENT FILED
- OTHER:

### CONTINUANCE

| TO: 1/29/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 9:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>S. B. ARMSTRONG | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED BY THE DEFT. RE: SPEEDY TRIAL ACT CALCULATION BET. NOW & UNTIL 1/29/08 FOR EFFECTIVE PREP. OF COUNSEL | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

The parties reached an agreement as to the terms and conditions of release of the deft. Request for discovery was made by the deft's atty. to the govt's atty. Discovery shall be provided by the govt's atty. to the deft's atty. promptly.
cc: WDB's Stats, Lisa

DOCUMENT NUMBER: