LATHAM & WATKINS LLP
   Robert E. Sims (Ca. Bar No. 116680)
   bob.sims@lw.com
   Holly J. Tate (Ca. Bar No. 237561)
   holly.tate@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Defendant
Joanne Fountaine

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOANNE FOUNTAINE,<br><br>    Defendant. | Case No. CR-07-00006-SBA<br><br>**NOTICE OF APPEARANCE (Holly J. Tate)**<br><br>Judge: Hon. Saundra B. Armstrong |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE THAT Holly J. Tate of the law firm of Latham & Watkins LLP hereby files this Notice of Appearance as counsel for Defendant Joanne Fountaine in the above-captioned action and requests that copies of all briefs, motions, orders, correspondence, and other papers be electronically served on her at *holly.tate@lw.com*.

Dated: January 18, 2008

    Respectfully submitted,

    LATHAM & WATKINS LLP


By    /s/
   Holly J. Tate
   Attorneys for Defendant
   Joanne Fountaine