

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*1301 Clay Street, Suite 340S*
*Oakland, California 94612-5217*
*PHONE: (510) 637-3709*
*FAX:(510) 637-3724*

January 24, 2008

Holly Tate, Esq.
Latham & Watkins LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Direct Dial: 415.395.8096
Fax: 415.395.8095

Re:   <u>United States v. Joanne Fountaine</u>, CR 07-00006 SBA

Dear Ms. Tate:

    As ordered by Judge Brazil during Ms. Fountaine's last appearance, I list below the names of individuals with whom Ms. Fountaine must not have contact:

    TONY D. LOMBARDI
    BRANDY M. MINNER
    EBONY L. ALLEN
    DANIELLE OLIVA
    ANTHONY TIMMONS

    If you have any questions, please call me directly at (510) 637-3709.

Very truly yours,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/

KESLIE STEWART
Assistant United States Attorney