**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

**Date:1/29/08**

**CR 07-00006SBA**                    **JUDGE: SAUNDRA BROWN ARMSTRONG**

**JOANNE FOUNTAINE**              **Present (X) Not Present ( ) In Custody ( )**
    **DEFENDANT(S)**

  **KESLIE STEWART**                         **HOLLY TATE**
**U.S. ATTORNEY**                    **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk:  Lisa R. Clark**              **RAYNEE MERCADO**
                                       **Court Reporter**

 **Interpreter**                         **Probation Officer**
                                **PROCEEDINGS**

**REASON FOR HEARING:      STATUS - HELD**

**RESULT OF HEARING:     COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 2/26/ 08**

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to  2/26/08      for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to_____ @ 9:00 a.m. for_____ Motions**
**Brief Sched. Motion papers by_____Opposition by_____Reply by_____**
**Case Continued to_____for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due_____ Motions in limine/objections to evidence due _____**
**Responses to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.**
**Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to_____for Change of Plea @ 11:00 a.m.**
**cc:**