**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 2/26/08

CR 07-00006SBA                JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**JOANNE FOUNTAIN**
**ANTHONY TIMMONS**            Present (X) Not Present ( ) In Custody ( )
    **DEFENDANT(S)**

                               **HOLLY TATE**
<u>KESLIE STEWART</u>           <u>LINDA FULLERTON          </u>
**U.S. ATTORNEY**              **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk: Lisa R. Clark**      <u>DIANE SKILLMAN          </u>
                                       **Court Reporter**

 Interpreter                           Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:   STATUS - HELD**

**RESULT OF HEARING:   COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 4/1/08**

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to <u>4/1/08</u> for <u>Further Status/Trial Setting</u>/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to_____ @ 9:00 a.m. for_____ Motions**
**Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____**
**Case Continued to_____ for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due_____ Motions in limine/objections to evidence due_____**
**Responses to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____ for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.**
**Case Continued to_____ for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to_____for Change of Plea @ 11:00 a.m.**
**cc:**

Case 4:07-cr-00006-SBA   Document 142   Filed 02/26/2008   Page 2 of 2