~~PROPOSED~~ ORDER/COVER SHEET

**FILED**
MAR 1 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TO: Honorable Wayne D. Brazil
U.S. Magistrate Judge

RE: Fountaine, Joanne

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO.: CR-07-0006-SBA

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Hence Williams III
U.S. PRETRIAL SERVICES OFFICER

510 637 3755
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)
A.
B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ] Other Instructions:

_____
JUDICIAL OFFICER (signed Wayne D. Brazil)

DATE: 3/13/08

Cover Sheet (12/03/02)

cc: WDB's Stats, Copy to parties via ECF, Pretrial, Usa, Financial

**To:** Honorable Wayne D. Brazil
U.S. Magistrate Judge
**From:** Hence Williams III
U.S. Pretrial Services Officer
**Subject:** FOUNTAINE, JOANNE
CR-07-0006 SBA
NOTICE OF VIOLATION OF RELEASE CONDITIONS
**Date:** March 11, 2008



# MEMORANDUM

Your Honor:

The above-captioned individual was released by the Court with supervision by U.S. Pretrial Services including the following special release condition(s):

- ☐ the defendant shall report as directed by U.S. Pretrial Services
- ☐ the defendant shall seek or maintain gainful employment
- ☐ the defendant shall remain in the custody of a third party custodian
- ☒ the defendant shall submit to random drug testing and/or treatment as directed by U.S. Pretrial Services
- ☐ the defendant's travel shall be restricted to
- ☐ the defendant shall comply with a curfew from _____ to _____
- ☐ the defendant shall submit to electronic monitoring
- ☐ other special condition _____

## VIOLATION

The defendant has apparently violated the release conditions by:

- ☐ not reporting as directed
- ☐ failing to maintain or secure gainful employment
- ☐ not residing with the third party custodian
- ☒ failed to report for drug testing and/or scheduled treatment
- ☐ traveling outside of the court restricted area without Court permission
- ☐ violating curfew
- ☐ violating the terms of electronic monitoring
- ☐ other: _____

PRETRIAL SERVICES MEMO FOR THE
HONORABLE WAYNE D. BRAZIL, U.S. MAGISTRATE JUDGE
RE: FOUNTIANE, JOANNE

CASE #:07-0006 SBA
PAGE 2

## DETAILS OF ALLEGED VIOLATION

According to documentation received from Sharper Future in Richmond, California, Ms. Fountaine failed to report for drug testing on February 28, 2008, and March 6, 2008.

This officer admonished the defendant for failing to report for drug testing. Ms Fountaine stated she was sorry and will call the testing line everyday to avoid any future violations.

## RECOMMENDATION

Based upon the alleged violation(s), U.S. Pretrial Services respectfully recommends that the Court:

☒ not take any punitive action at this time
☐ convene a Bail Violation Hearing to discuss this situation
☐ other:_____

Respectfully Submitted,

Hence Williams III
U.S. Pretrial Services Officer

Reviewed by:

Allen Lew
Supervising U.S. Pretrial Services Officer

cc:
U.S. District Judge, Sandra Brown Armstrong

Defense Counsel, Holly Tate

Assistant U.S. Attorney, Keslie Stewart