~~PROPOSED~~ ORDER/COVER SHEET

TO: Honorable Wayne D. Brazil  
U.S. Magistrate Judge

RE: Joanne Fountaine

FILED  
MAR 21 2008  
RICHARD W. WIEKING  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA  
OAKLAND

FROM: Claudette M. Silvera, Chief  
U.S. Pretrial Services Officer

DOCKET NO.: 07-CR-00006-SBA

DATE: March 20, 2008

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Hence Williams III  
U.S. Pretrial Services Officer

510-637-3755  
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)  
A. Ms. Fountaine must enter a residential drug treatment program.  
B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

JUDICIAL OFFICER: [signed] Wayne D. Brazil  
DATE: 3/21/08

Cover Sheet (12/03/02)

cc: WDB's Stats, Copy to parties via ECF, Pretrial, Lisa Clark, Financial

**To:** Honorable Wayne D. Brazil
U.S. Magistrate Judge

**From:** Hence Williams III
U.S. Pretrial Services Officer

**Subject:** Joanne Fountaine
07-CR-00006-SBA

**Date:** March 20, 2008



# MEMORANDUM

Your Honor,

Joanne Fountaine is one of three defendants charged in an Indictment with violations of Title 18, United States Code, Section 1029(b)(2)- Conspiracy to Commit Access Device Fraud; Title 18, United States Code, Section 1028A- Aggravated Identity Theft; and Title 42, United States Code, Section 408(a)(7)(B)- Fraudulent Use of a Social Security Number.

Ms. Fountaine initially appeared before Your Honor on January 15, 2008, charged with the instant offense. She was remanded to the custody of the United States Marshals Service. On January 16, 2008, the defendant again appeared before Your Honor for identification of counsel. On this same date, Ms. Fountaine was released on a $100,000 unsecured bond, co-signed by her brother, Howard Fountaine, and her mother, Jessie Fountaine, with the following conditions of release:

1. The defendant shall remain in the third-party custody of <u>Jessie Fountaine, 3011 Glynis Drive, Richmond, CA</u>;
2. The defendant shall report to Pretrial Services as directed;
3. The defendant shall maintain current employment or if unemployed shall seek and maintain verifiable employment;
4. The defendant shall surrender her passport and not apply for any new passports or travel documents;
5. The defendant's travel is restricted to the Northern District of California;
6. The defendant shall not possess any firearms, destructive devices, or other dangerous weapons;
7. The defendant shall not have any contact with any co-defendants outside of the presence of counsel;
8. The defendant shall not change residence without prior approval from Pretrial Services;
9. The defendant shall refrain from any use of alcohol, and she shall refrain from any use or unlawful possession of a narcotic drug and other controlled substances without a legal prescription; and
10. The defendant shall participate in drug/alcohol or mental health counseling and submit to drug/alcohol testing as directed by Pretrial Services.

On March 11, 2008, this officer submitted a memorandum to Your Honor stating that Ms. Fountaine failed to report for drug testing on February 28, 2008, and March 6, 2008.

PAGE 3
MEMORANDUM TO THE HONORABLE WAYNE D. BRAZIL, U.S. MAGISTRATE JUDGE
RE: FOUNTAINE, JOANNE
CASE #:CR07-00006-SBA

This officer admonished the defendant for failing to report for drug testing. Ms Fountaine stated that she was "sorry" and will call the testing line everyday to avoid any future violations.

On March 12, 2008, the defendant reported to this officer and submitted a urine sample which tested positive for cocaine. The sample was sent to Kroll Laboratories for confirmation. It should be noted that Ms. Fountaine had previously submitted two prior urine samples which resulted in a presumptive positive test for cocaine. However, Kroll Laboratories confirmed these samples were negative for illicit substances.

On March 13, 2008, this officer received a telephone call from Chirstina Serreno of Sharper Future (outpatient counseling). Ms. Serreno stated that she met with Ms. Fountaine on March 12, 2008, and is very concerned about the defendant's emotional state. According to Ms. Serreno, the defendant is extremely depressed over the loss of her son which occurred in 2007. She added that Ms. Fountain may by abusing prescription medication in an attempt to cope with the loss of her son and deal with the stress of the instant offence. Ms. Serreno recommended the defendant be placed in a dual diagnosis program as outpatient counseling will not provided sufficient support for Ms. Fountaine's needs.

This officer has spoken with Ms. Fountaine and defense council Holly Tate, and both are in agreement that it would be best for Ms. Fountaine to enter into a residential program. Assistant United States Attorney Kesliey Stewart has no objection to this recommendation.

On March 18, 2008, this officer received confirmation from Kroll Laboratories regarding the positive drug test submitted by the defendant on March 12, 2008. It should be noted that this officer has yet to address the positive test for cocaine with Ms. Fountaine as she may be in a volatile state. However, this officer believes that Ms. Fountaine's drug use can be addressed by the defendant entering an inpatient program.

This officer has submitted a treatment referral to John Elford, Intake Coordinator, at the Bonita House in Berkeley, California (residential program). As of this writing we are awaiting a response.

**RECOMMENDATION:** In light of the above information, Pretrial Services respectfully recommends that defendant's bond should be amended to include the following condition of release:

1. The defendant shall participate in an inpatient drug treatment program as directed by Pretrial Services. The defendant must follow the rules and regulations of the program at all times.

PAGE 3
MEMORANDUM TO THE HONORABLE WAYNE D. BRAZIL, U.S. MAGISTRATE JUDGE
RE: FOUNTAINE, JOANNE
CASE #:CR07-00006-SBA

This memorandum is submitted for Your Honor's information and direction.

Respectfully submitted,

Hence Williams III
U.S. Pretrial Services Officer

Reviewed by

Silvio Lugo
Assistant Deputy Chief, U.S. Pretrial Services Officer