**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 4/1/08

CR 07-00006SBA            JUDGE: **SAUNDRA BROWN ARMSTRONG**

**JOANNE FOUNTAINE**
**ANTHONY TIMMONS**            Present (X) Not Present ( ) In Custody ( )
   **DEFENDANT(S)**

                                                             **HOLLY TATE**
 **ANDREW HUANG**                    **LINDA FULLERTON**
U.S. ATTORNEY                            ATTORNEY FOR DEFENDANT(S)


Deputy Clerk: Lisa R. Clark                **DIANE SKILLMAN**
                                                             Court Reporter


 Interpreter                                      Probation Officer
**PROCEEDINGS**

**REASON FOR HEARING:   STATUS - HELD**

**RESULT OF HEARING:  COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 4/29/08**


**JUDGMENT:**


**PROCEEDINGS**

**Case Continued to** 4/29/08 **for Further Status/Trial Setting/** Motion Setting/Evidentiary Hearing @ 9:00 a.m.
**Case Continued to**_____ @ 9:00 a.m. for _____ Motions
**Brief Sched. Motion papers by**_____ Opposition by_____ Reply by____
**Case Continued to**_____ for Pretrial Conference at 11:00 a.m.
**Pretrial Papers Due**_____ Motions in limine/objections to evidence due _____
**Responses to motions in limine and/or responses to objections to evidence due**_____
**Case Continued to**_____ for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
**Case Continued to**_____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
**Case Continued to**_____ for Change of Plea @ 11:00 a.m.
**cc:**