**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date:4/29/08

CR 07-00006SBA                          JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**JOANNE FOUNTAINE**
**ANTHONY TIMMONS**                       Present (x) Not Present ( ) In Custody ( )
   **DEFENDANT(S)**

                                          **HOLLY TATE**
 <u>KESLIE STEWART</u>                     <u>LINDA FULLERTON         </u>
U.S. ATTORNEY                             ATTORNEY FOR DEFENDANT(S)


**Deputy Clerk: Lisa R. Clark**              <u>STARR WILSON          </u>
                                             Court Reporter


 <u>                      </u>             <u>                         </u>
 Interpreter                                Probation Officer
                         **PROCEEDINGS**

<u>**REASON FOR HEARING:   STATUS - HELD**                                        </u>

<u>**RESULT OF HEARING:  COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE**</u>
<u>**PREPARATION OF COUNSEL AND MEDICAL CONDITION OF DEFENDANT**        </u>

<u>                                                                              </u>

<u>                                                        **JUDGMENT:**         </u>

<u>                                                                              </u>

                         **PROCEEDINGS**

**Case Continued to** <u> 6/17/08  </u> **for** <u>Further Status/Trial Setting</u>/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
**Case Continued to**<u>             </u> **@ 9:00 a.m. for**<u>                </u> **Motions**
**Brief Sched. Motion papers by**<u>       </u>**Opposition by**<u>          </u>**Reply by**<u>     </u>
**Case Continued to**<u>             </u>**for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due**<u>      </u>**Motions in limine/objections to evidence due** <u>         </u>
**Responses to motions in limine and/or responses to objections to evidence due**<u>          </u>
**Case Continued to**<u>        </u>**for Trial(Court/Jury:**<u>   </u>**Days/weeks) at 8:30 a.m.**
**Case Continued to**<u>                </u>**for Judgment & Sentencing as to Count(s)** <u>        </u>**of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to**<u>            </u>**for Change of Plea @ 11:00 a.m.**
**cc:**