Holly J. Tate
Direct Dial: (415) 395-8098
holly.tate@lw.com

505 Montgomery Street, Suite ...
San Francisco, California 94111-6538
Tel: +1.415.391.0600  Fax: +1.415.395.8095
www.lw.com

# LATHAM&WATKINS LLP

**FIRM / AFFILIATE OFFICES**

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

**FACSIMILE TRANSMISSION**
April 29, 2008

To: Keslie Stewart, Esq.
    U.S. Attorney's Office

Fax: 510.637.3724      Tel: 510.637.3709

From: Holly J. Tate

Re: Joanne Fountaine, Defendant

☐ Original(s) to follow        Number of pages, including cover: 3

Please see attached *Stipulation and [Proposed] Order to Continue Control Hearing*.

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal service. Thank you.

If there are any problems with this transmission, please call +1.415.395.8015.

SF\653537.1                                        501761-0011

1  LATHAM & WATKINS LLP
    Robert E. Sims (Ca. Bar No. 116680)
2   bob.sims@lw.com
    Holly J. Tate (Ca. Bar No. 237561)
3   holly.tate@lw.com
   505 Montgomery Street, Suite 2000
4  San Francisco, California 94111-2562
   Telephone: (415) 391-0600
5  Facsimile: (415) 395-8095

6  Attorneys for Defendant
   Joanne Fountaine
7

8               UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
9                    OAKLAND DIVISION
10

11 | UNITED STATES OF AMERICA,        | Case No. CR-07-00006-SBA
12 |         Plaintiff,                | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CONTROL HEARING**
13 |     v.                            |
   |                                   | (Hon. Wayne D. Brazil)
14 | JOANNE FOUNTAINE,                 |
15 |         Defendant.                |

16
17
18
19
20
21
22
23
24
25
26
27
28

## STIPULATION

WHEREAS, based on her doctor's schedule, the earliest date on which Defendant Joanne Fountaine could schedule her impending surgery is May 7, 2008;

WHEREAS, Ms. Fountaine will require a few weeks to fully recover from this surgery;

WHEREAS, the psychologist who Ms. Fountaine has retained to conduct her psychological evaluation has strongly advised against conducting such evaluation until after Ms. Fountaine has recovered from her surgery because of the likelihood of an inaccurate result;

WHEREAS, the parties respectfully request that, due to Ms. Fountaine's surgery and expected recovery period, and the associated delay in obtaining her psychological evaluation, the Court continue the Control Hearing currently set for May 7, 2008 to June 2, 2008 at 10:00 a.m.

THEREFORE, subject to Court approval, the parties STIPULATE that the Control Hearing in the above-captioned matter is reset for June 2, 2008 at 10:00 a.m.

Dated: April 28, 2008

LATHAM & WATKINS

By _____
Holly D. Tate
Attorneys for Defendant
JOANNE FOUNTAINE

Dated: April 30, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

By _____
Keslie Stewart
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: _____, 2008

_____
HON. WAYNE D. BRAZIL
MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT