1 LATHAM & WATKINS LLP
   Robert E. Sims (Ca. Bar No. 116680)
2   bob.sims@lw.com
   Holly J. Tate (Ca. Bar No. 237561)
3   holly.tate@lw.com
505 Montgomery Street, Suite 2000
4 San Francisco, California 94111-2562
Telephone: (415) 391-0600
5 Facsimile: (415) 395-8095

6 Attorneys for Defendant
Joanne Fountaine
7

8               UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA
9                    OAKLAND DIVISION

10

11 UNITED STATES OF AMERICA,    Case No. CR-07-00006-SBA

12       Plaintiff,            **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CONTROL HEARING**

13    v.                      (Hon. Wayne D. Brazil)

14 JOANNE FOUNTAINE,

15       Defendant.

## STIPULATION

WHEREAS, based on her doctor's schedule, the earliest date on which Defendant Joanne Fountaine could schedule her impending surgery is May 7, 2008;

WHEREAS, Ms. Fountaine will require a few weeks to fully recover from this surgery;

WHEREAS, the psychologist who Ms. Fountaine has retained to conduct her psychological evaluation has strongly advised against conducting such evaluation until after Ms. Fountaine has recovered from her surgery because of the likelihood of an inaccurate result;

WHEREAS, the parties respectfully request that, due to Ms. Fountaine's surgery and expected recovery period, and the associated delay in obtaining her psychological evaluation, the Court continue the Control Hearing currently set for May 7, 2008 to June 2, 2008 at 10:00 a.m.

THEREFORE, subject to Court approval, the parties STIPULATE that the Control Hearing in the above-captioned matter is reset for June 2, 2008 at 10:00 a.m.

Dated: April 28, 2008

LATHAM & WATKINS

By /s/ Holly D. Tate
Holly D. Tate
Attorneys for Defendant
JOANNE FOUNTAINE

Dated: April 30, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

By /s/ Keslie Stewart
Keslie Stewart
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: May 6, 2008

GRANTED
/s/ Wayne D. Brazil
Judge Wayne D. Brazil
UNITED STATES DISTRICT COURT