# PROPOSED ORDER/COVER SHEET

TO: Honorable Wayne D. Brazil
U.S. Magistrate Judge

RE: Joanne Fountaine

**FILED**
**JUN 2 – 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO.: 07-CR-00006-SBA

DATE: May 30, 2008

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Hence Williams III
U.S. Pretrial Services Officer

510-637-3755
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☑ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ____4____ on __June 17, 2008__ at __10:00 a.m.__

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)
A.
B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____
JUDICIAL OFFICER    /s/ Wayne D. Brazil

DATE: 6-2-08

Cover Sheet (12/03/02)

copy to: WDB's stats, Copy to parties via ECF,
USA, Pretrial