UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 6/17/08

CR 07-00006SBA                                JUDGE: **SAUNDRA BROWN ARMSTRONG**

**JOANNE FOUNTAIN**
**ANTHONY TIMMONS**                    Present (X) Not Present ( ) In Custody (2)
    DEFENDANT(S)

                                      HOLLY TATE
**KESLIE STEWART**                             **LINDA FULLERTON**
U.S. ATTORNEY                                  ATTORNEY FOR DEFENDANT(S)


Deputy Clerk: Lisa R. Clark                    STARR WILSON
                                              Court Reporter


  Interpreter                                Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:    TRIAL SETTING - HELD**

**RESULT OF HEARING:    COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 9/8/08**


**JUDGMENT:**


**PROCEEDINGS**

Case Continued to _____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to **9/2/08** for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due **8/12/08** Motions in limine/objections to evidence due **8/19/08**
Responses to motions in limine and/or responses to objections to evidence due **8/26/08**
Case Continued to **9/8/08** for Trial(Court/Jury: **4** Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to _____ for Change of Plea @ 11:00 a.m.
cc: