1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ANDREW S. HUANG (CABN 193730)
   CHINHAYI J. COLEMAN (CSBN 194542)
5  Assistant United States Attorneys

6     1301 Clay Street, Suite 340S
      Oakland, California 94612
7     Telephone: (510) 637-3680
      Facsimile: (510) 637-3724
8

9  Attorneys for the United States of America

10
                        UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
                             OAKLAND DIVISION
12
   UNITED STATES OF AMERICA,          )    No.    CR 07-00006 SBA
13                                     )
             Plaintiff,                )    NOTICE  SUBSTITUTION OF
14                                     )    ATTORNEYS
        v.                             )
15                                     )
   TONY LOMBARDI, ET AL,               )
16                                     )
             Defendant.                )
17  _____ )

18         Please take notice that as of August 12, 2008, the Assistant U.S. Attorneys whose

19  name, address, telephone number and email addresses are listed below was assigned to be

20  counsel for the government.

21

22

23

24

25

26

27

28

1

Assistant U.S. Attorney Andrew S. Huang
1301 Clay Street, Suite 340S

2

Oakland, CA 94612
Telephone: (510) 637-3680

3

Andrew.Huang@usdoj.gov
Chinhayi.Coleman@usdoj.gov

4

5

DATED: August 12, 2008                    Respectfully submitted,

6

JOSEPH P. RUSSONIELLO

7

United States Attorney

8

_____/s/_____

9

ANDREW S. HUANG
Assistant United States Attorney

10

11

_____/s/_____

12

CHINHAYI J. COLEMAN
Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SUBSTITUTION
OF ATTORNEYS
CR-07-00006 SBA