1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ANDREW S. HUANG (CABN 193730)
   CHINHAYI J. COLEMAN (CSBN 194542)
5  Assistant United States Attorneys

6      1301 Clay Street, Suite 340S
       Oakland, California 94612
7      Telephone: (510) 637-3680
       Facsimile: (510) 637-3724
8      E-Mail:    andrew.huang@usdoj.gov
                  chinhayi.j.coleman@usdoj.gov
9

10 Attorneys for the United States of America

11                         UNITED STATES DISTRICT COURT
12                        NORTHERN DISTRICT OF CALIFORNIA
13                                OAKLAND DIVISION

14 UNITED STATES OF AMERICA,           )   No. CR 07-00006 SBA
                                       )
15       Plaintiff,                    )
                                       )   STIPULATION AND [PROPOSED]
16    v.                               )   ORDER TO SET PRETRIAL
                                       )   DEADLINESDATE FOR SUBMISSION
17 JOANNE FOUNTAINE and                )   OF PRETRIAL PREPARATION
   ANTHONY TIMMONS,                    )
18                                     )
         Defendants.                   )
19 _____

20                                  **STIPULATION**

21       The parties, by and through undersigned counsel, hereby agree and stipulate as follows:

22       Trial in the present case is set for October 6, 2008. On August 13, 2008 the parties

23 stipulated that the deadline for submission of pretrial preparation required by the Court be set for

24 September 9, 2008. The parties further stipulated that the deadline for motions in limine and

25 objections to evidence be September 16, 2008, and that the deadline for responses to motions in

26 limine and objections to evidence be September 23, 2008.

27       The parties are presently engaged in discussions regarding a potential resolution of the

28 case by plea agreements. The parties are very close to reaching a resolution of the case, and are

STIPULATION AND [PROPOSED] ORDER
No. CR 07-00006 SBA

1 presently in the process of achieving agreement upon key terms and conditions of potential plea
2 agreements.
3     For the foregoing reasons, the parties stipulate and request that the deadline for
4 submission of pretrial preparation be set for September 12, 2008, not September 9, 2008. The
5 parties agree that all other dates be set according to the parties' stipulation of August 13 2008,
6 pending any changes of plea by the defendants.

LATHAM & WATKINS LLP

10 Dated: September 8, 2008      By _____
    ROBERT E. SIMS
11     HOLLY J. TATE
    Attorneys for Defendant
12     Joanne Fountaine

15 Dated: September 8, 2008      By _____
    LINDA FULLERTON
16     Attorney for Defendant
    Anthony Timmons

JOSEPH P. RUSSONIELLO
United States Attorney

21 Dated: September 8, 2008      By _____
    ANDREW S. HUANG
22     CHINHAYI J. COLEMAN
    Assistant United States Attorneys

### [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby ORDERS that the deadline for submission of pretrial preparation be SET for September 12, 2008. The Court further ORDERS that the deadline for motions in limine and objections to evidence be SET for September 16, 2008, and that the deadline for responses to motions in limine and objections to evidence be SET for September 23, 2008.

Dated: September _____, 2008

Hon. SAUNDRA BROWN ARMSTRONG
United States District Court
Northern District of California

STIPULATION AND [PROPOSED] ORDER
No. CR 07-00006 SBA                    3