JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW S. HUANG (CABN 193730)
CHINHAYI J. COLEMAN (CSBN 194542)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail:   andrew.huang@usdoj.gov
               chinhayi.j.coleman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> JOANNE FOUNTAINE and ) <br> ANTHONY TIMMONS, ) <br> ) <br>    Defendants. ) | No. CR 07-00006 SBA <br><br> STIPULATION AND ORDER TO SET PRETRIAL DEADLINESDATE FOR SUBMISSION OF PRETRIAL PREPARATION |

**STIPULATION**

The parties, by and through undersigned counsel, hereby agree and stipulate as follows:

Trial in the present case is set for October 6, 2008. On August 13, 2008 the parties stipulated that the deadline for submission of pretrial preparation required by the Court be set for September 9, 2008. The parties further stipulated that the deadline for motions in limine and objections to evidence be September 16, 2008, and that the deadline for responses to motions in limine and objections to evidence be September 23, 2008.

The parties are presently engaged in discussions regarding a potential resolution of the case by plea agreements. The parties are very close to reaching a resolution of the case, and are

STIPULATION AND [PROPOSED] ORDER
No. CR 07-00006 SBA

presently in the process of achieving agreement upon key terms and conditions of potential plea agreements.

For the foregoing reasons, the parties stipulate and request that the deadline for submission of pretrial preparation be set for September 12, 2008, not September 9, 2008. The parties agree that all other dates be set according to the parties' stipulation of August 13 2008, pending any changes of plea by the defendants.

LATHAM & WATKINS LLP

Dated:  September 8, 2008                    By          /s/
                                             ROBERT E. SIMS
                                             HOLLY J. TATE
                                             Attorneys for Defendant
                                             Joanne Fountaine

Dated:  September 8, 2008                    By          /s/
                                             LINDA FULLERTON
                                             Attorney for Defendant
                                             Anthony Timmons

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: September 8, 2008                     By          /s/
                                             ANDREW S. HUANG
                                             CHINHAYI J. COLEMAN
                                             Assistant United States Attorneys

STIPULATION AND [PROPOSED] ORDER
No. CR 07-00006 SBA                          2

<u>ORDER</u>

Based on the reasons provided in the stipulation of the parties above, the Court hereby ORDERS that the deadline for submission of pretrial preparation be SET for September 12, 2008. The Court further ORDERS that the deadline for motions in limine and objections to evidence be SET for September 16, 2008, and that the deadline for responses to motions in limine and objections to evidence be SET for September 23, 2008.

Dated: September 9, 2008

_____
Hon. SAUNDRA BROWN ARMSTRONG
United States District Court
Northern District of California