1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   ANDREW S. HUANG (CABN 193730)
    CHINHAYI J. COLEMAN (CSBN 194542)
5   Assistant United States Attorneys

6      1301 Clay Street, Suite 340S
       Oakland, California 94612
7      Telephone: (510) 637-3680
       Facsimile: (510) 637-3724
8      E-Mail:    andrew.huang@usdoj.gov
                  chinhayi.j.coleman@usdoj.gov
9

10  Attorneys for the United States of America

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                       OAKLAND DIVISION

14  UNITED STATES OF AMERICA,        )   No. CR 07-00006 SBA
                                     )
15          Plaintiff,               )
                                     )
16      v.                           )   STIPULATION AND ORDER TO SET
                                     )   PRETRIAL DEADLINESDATE FOR
17  JOANNE FOUNTAINE and             )   SUBMISSION OF PRETRIAL
    ANTHONY TIMMONS,                 )   PREPARATION
18                                   )
            Defendants.              )
19  _____

20                          **STIPULATION**

21          The parties, by and through undersigned counsel, hereby agree and stipulate as follows:

22          Trial in the present case is set for October 6, 2008.  On August 13, 2008 the parties

23  stipulated that the deadline for submission of pretrial preparation required by the Court be set for

24  September 9, 2008.  The parties further stipulated that the deadline for motions in limine and

25  objections to evidence be September 16, 2008, and that the deadline for responses to motions in

26  limine and objections to evidence be September 23, 2008.

27          The parties are presently engaged in discussions regarding a potential resolution of the

28  case by plea agreements.  The parties are very close to reaching a resolution of the case, and are

    STIPULATION AND [PROPOSED] ORDER
    No. CR 07-00006 SBA

1   presently in the process of achieving agreement upon key terms and conditions of potential plea

2   agreements.

3          For the foregoing reasons, the parties stipulate and request that the deadline for

4   submission of pretrial preparation be set for September 12, 2008, not September 9, 2008.  The

5   parties agree that all other dates be set according to the parties' stipulation of August 13 2008,

6   pending any changes of plea by the defendants.

7

8                                                   LATHAM & WATKINS LLP

9

10  Dated:   September 8, 2008                By_____/s/_____
                                                   ROBERT E. SIMS
11                                                 HOLLY J. TATE
                                                   Attorneys for Defendant
12                                                 Joanne Fountaine

13

14

15  Dated:   September 8, 2008                By_____/s/_____
                                                   LINDA FULLERTON
16                                                 Attorney for Defendant
                                                   Anthony Timmons
17

18

19                                                 JOSEPH P. RUSSONIELLO
                                                   United States Attorney
20

21  Dated: September 8, 2008                  By_____/s/_____
                                                   ANDREW S. HUANG
22                                                 CHINHAYI J. COLEMAN
                                                   Assistant United States Attorneys
23

24

25

26

27

28

1

<u>ORDER</u>

2       Based on the reasons provided in the stipulation of the parties above, the Court hereby

3  ORDERS that the deadline for submission of pretrial preparation be SET for September 12,

4  2008.  The Court further ORDERS that the deadline for motions in limine and objections to

5  evidence be SET for September 16, 2008, and that the deadline for responses to motions in

6  limine and objections to evidence be SET for September 23, 2008.

7

8  Dated: September 9, 2008

_Saundra B Armstrong_
Hon. SAUNDRA BROWN ARMSTRONG
United States District Court
Northern District of California

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
No. CR 07-00006 SBA       3