JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW S. HUANG (CABN 193730)
CHINHAYI J. COLEMAN (CSBN 194542)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail:   andrew.huang@usdoj.gov
                chinhayi.j.coleman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> JOANNE FOUNTAINE and <br> ANTHONY TIMMONS, <br>     Defendants. | No. CR 07-00006 SBA <br><br> STIPULATION AND [PROPOSED] ORDER TO VACATE TRIAL DATE AND TO SET FOR CHANGE OF PLEA ON SEPTEMBER 23, 2008 AT 11:00 A.M. |

## STIPULATION

The parties, by and through undersigned counsel, hereby agree and stipulate as follows:

Trial in the present case is set for October 6, 2008. On September 8, 2008 the parties stipulated that the deadline for submission of pretrial preparation required by the Court be set for September 12, 2008. The parties further stipulated that the deadline for motions in limine and objections to evidence be September 16, 2008, and that the deadline for responses to motions in limine and objections to evidence be September 23, 2008. The Court issued an order on September 9, 2008 granting that stipulation.

//

STIPULATION AND [PROPOSED] ORDER
No. CR 07-00006 SBA

1  The parties have been engaged in discussions regarding a potential resolution of the case
2  by plea agreements, and have reached agreements in principle. For the foregoing reasons, the
3  parties stipulate and request that the October 6, 2008 trial date, the September 30, 2008 pretrial
4  conference date, and related pre-trial submission deadlines be vacated, and the case be scheduled
5  for changes of plea hearing for both defendants on September 23, 2008, at 11:00 a.m.

LATHAM & WATKINS LLP

Dated:   September 12, 2008            By          /s/
                                          ROBERT E. SIMS
                                          HOLLY J. TATE
                                          Attorneys for Defendant
                                          Joanne Fountaine


Dated:   September 12, 2008            By          /s/
                                          LINDA FULLERTON
                                          Attorney for Defendant
                                          Anthony Timmons



                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney

Dated: September 12, 2008              By          /s/
                                          ANDREW S. HUANG
                                          CHINHAYI J. COLEMAN
                                          Assistant United States Attorneys

STIPULATION AND [PROPOSED] ORDER
No. CR 07-00006 SBA                        2

| | |
|---|---|
|1| [PROPOSED] ORDER |

2  Based on the reasons provided in the stipulation of the parties above, the Court hereby
3  ORDERS that the October 6, 2008 trial date is vacated, and that the case is scheduled for a
4  changes of plea hearing for defendants Joanne Fountaine and Anthony Timmons on September
5  23, 2008, at 11:00 a.m.

7  Dated: September _____, 2008

_____
Hon. SAUNDRA BROWN ARMSTRONG
United States District Court
Northern District of California

STIPULATION AND [PROPOSED] ORDER
No. CR 07-00006 SBA                               3