1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ANDREW S. HUANG (CABN 193730)
   CHINHAYI J. COLEMAN (CSBN 194542)
5  Assistant United States Attorneys

6    1301 Clay Street, Suite 340S
     Oakland, California 94612
7    Telephone: (510) 637-3680
     Facsimile: (510) 637-3724
8    E-Mail:   andrew.huang@usdoj.gov
               chinhayi.j.coleman@usdoj.gov
9

10 Attorneys for the United States of America

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                    OAKLAND DIVISION

14 UNITED STATES OF AMERICA,        )   No. CR 07-00006 SBA
                                    )
15      Plaintiff,                  )
                                    )   STIPULATION AND  ORDER TO
16 v.                               )   VACATE TRIAL DATE AND TO SET
                                    )   FOR CHANGE OF PLEA ON
17 JOANNE FOUNTAINE and             )   SEPTEMBER 23, 2008 AT 11:00 A.M.
   ANTHONY TIMMONS,                 )
18                                  )
        Defendants.                 )
19 _____

20                     **STIPULATION**

21      The parties, by and through undersigned counsel, hereby agree and stipulate as follows:

22      Trial in the present case is set for October 6, 2008.  On September 8, 2008 the parties

23 stipulated that the deadline for submission of pretrial preparation required by the Court be set for

24 September 12, 2008.  The parties further stipulated that the deadline for motions in limine and

25 objections to evidence be September 16, 2008, and that the deadline for responses to motions in

26 limine and objections to evidence be September 23, 2008.  The Court issued an order on

27 September 9, 2008 granting that stipulation.

28 //

STIPULATION AND [PROPOSED] ORDER
No. CR 07-00006 SBA

1    The parties have been engaged in discussions regarding a potential resolution of the case

2 by plea agreements, and have reached agreements in principle.  For the foregoing reasons, the

3 parties stipulate and request that the October 6, 2008 trial date, the September 30, 2008 pretrial

4 conference date, and related pre-trial submission deadlines be vacated, and the case be scheduled

5 for changes of plea hearing for both defendants on September 23, 2008, at 11:00 a.m.

6

7                                                                          LATHAM & WATKINS LLP

8

9    Dated:   September 12, 2008                          By_____/s/_____
10                                                                      ROBERT E. SIMS
                                                                         HOLLY J. TATE
11                                                                       Attorneys for Defendant
                                                                         Joanne Fountaine
12

13

14   Dated:   September 12, 2008                          By_____/s/_____
15                                                                      LINDA FULLERTON
                                                                         Attorney for Defendant
16                                                                       Anthony Timmons

17

18                                                                       JOSEPH P. RUSSONIELLO
                                                                         United States Attorney
19

20   Dated: September 12, 2008                            By_____/s/_____
21                                                                      ANDREW S. HUANG
                                                                         CHINHAYI J. COLEMAN
22                                                                       Assistant United States Attorneys

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
No. CR 07-00006 SBA                              2

1                                               ORDER

2          Based on the reasons provided in the stipulation of the parties above, the Court hereby

3    ORDERS that the October 6, 2008 trial date is vacated, and that the case is scheduled for a

4    changes of plea hearing for defendants Joanne Fountaine and Anthony Timmons on September

5    23, 2008, at 11:00 a.m.

6

7    Dated: September 15, 2008                    _____
                                                  Hon. SAUNDRA BROWN ARMSTRONG
8                                                 United States District Court
                                                  Northern District of California
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
No. CR 07-00006 SBA                              3