1  LATHAM & WATKINS LLP
   Robert E. Sims (Ca. Bar No. 116680)
2     bob.sims@lw.com
   Holly J. Tate (Ca. Bar No. 237561)
3     holly.tate@lw.com
   505 Montgomery Street, Suite 2000
4  San Francisco, California 94111-2562
Telephone: (415) 391-0600
5  Facsimile: (415) 395-8095

6  Attorneys for Defendant
   JOANNE FOUNTAINE
7

8                             UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA
9                                     OAKLAND DIVISION
10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | Case No. CR-07-00006-SBA |
| 12             Plaintiff, | **STIPULATION AND ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 <u>ET SEQ.</u>** |
| 13       v. | |
| 14  JOANNE FOUNTAINE, | Hon. Saundra B. Armstrong |
| 15             Defendant. | |

## **STIPULATION**

The parties, by and through undersigned counsel, hereby agree and stipulate as follows:

A change of plea hearing for Defendant Joanne Fountaine is currently set for September 23, 2008. Due to acute issues with Ms. Fountaine's health, Ms. Fountaine is physically unable to attend the change of plea hearing on the scheduled date. Accordingly, the parties request that Ms. Fountaine's change of plea hearing be continued to October 7, 2008 at 11:00 a.m. The parties further request that, based on the facts provided herein, time be excluded under 18 U.S.C. §§ 3161(h)(4), (8)(A) and (8)(B)(i).

For several months, Ms. Fountaine has been suffering from a number of physical ailments. In early May, Ms. Fountaine underwent a non-elective surgery, during the recovery of which she fell and severely injured her knee. As a result, Ms. Fountaine will undergo knee surgery to repair the ligaments that tore in that fall on September 30, 2008. In addition, and of greatest concern, Ms. Fountaine was treated last week for extremely high blood pressure and has been advised by her doctors that she should be hospitalized for the control thereof. Ms. Fountaine's issues with her hypertension remain unresolved.

For these reasons, the parties stipulate and agree that a continuance of Ms. Fountaine's change of plea hearing from September 23, 2008 to October 7, 2008 is necessary because Ms. Fountaine is physically unable to attend the hearing on the currently scheduled date.

////
////
////
////
////
////
////
////

1  In addition, because of the impediment of Ms. Fountaine's health issues, time should be
2  excluded pursuant to 18 U.S.C. §§ 3161(h)(4), (8)(A) and (8)(B)(i).
3  **IT IS SO STIPULATED.**
4  Dated:  September 22, 2008                         LATHAM & WATKINS LLP
5
6                                                                   By_____
                                                                         Robert E. Sims
                                                                         Holly J. Tate
7                                                                    Attorneys for Defendant
                                                                         JOANNE FOUNTAINE
8
9
   **IT IS SO STIPULATED.**
10
   Dated:  September ___, 2008                         JOSEPH P. RUSSONIELLO
11                                                                   United States Attorney
12
                                                                    By_____
13                                                                       Andrew S. Huang
                                                                         Chinhayi J. Coleman
14                                                                   Assistant United States Attorney
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND ORDER
Case No. CR-07-00006 SBA

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the continuance of Ms. Fountaine's change of plea hearing from September 23, 2008 to October 7, 2008 is necessary because Ms. Fountaine is physically unable to attend the hearing on its currently scheduled date.

Based on these findings, IT IS HEREBY ORDERED that Ms. Fountaine's change of plea hearing is continued from September 23, 2008 to October 7, 2008 and that time is excluded from the date of this Order to October 7, 2008 under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(4), (8)(A) and (8)(B)(i).

**IT IS SO ORDERED.**

DATED:  _10/3/08                           _____
                                                                THE HONORABLE SAUNDRA B. ARMSTRONG
                                                                UNITED STATES DISTRICT JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND ORDER
Case No. CR-07-00006 SBA