LATHAM & WATKINS LLP
  Robert E. Sims (Ca. Bar No. 116680)
  bob.sims@lw.com
  Holly J. Tate (Ca. Bar No. 237561)
  holly.tate@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Defendant
JOANNE FOUNTAINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOANNE FOUNTAINE,<br><br>　　　　　Defendant. | Case No. CR-07-00006-SBA<br><br>**STIPULATION AND ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ.**<br><br>Hon. Saundra B. Armstrong |

## STIPULATION

The parties, by and through undersigned counsel, hereby agree and stipulate as follows:

A change of plea hearing for Defendant Joanne Fountaine is currently set for October 7, 2008 at 11:00 a.m. Due to acute issues with Ms. Fountaine's health, Ms. Fountaine is physically unable to attend the change of plea hearing on the scheduled date. Accordingly, the parties request that Ms. Fountaine's change of plea hearing be continued to October 28, 2008 at 3:00 p.m. The parties further request that, based on the facts provided herein, time be excluded under 18 U.S.C. § 3161(h)(4).

For several months, Ms. Fountaine has been suffering from a number of physical ailments. In early May, Ms. Fountaine underwent a non-elective surgery, during the recovery of which she fell and severely injured her knee. As a result, Ms. Fountaine underwent knee surgery to repair the ligaments that tore in that fall on September 30, 2008. As a result of this surgery, Ms. Fountaine is currently immobile. She is also in great pain and so has been taking strong pain medication. In addition, Ms. Fountaine has recently been treated for extremely high blood pressure and has been advised by her doctors that she should be hospitalized for the control thereof. Ms. Fountaine's issues with her hypertension remain unresolved.

For these reasons, the parties stipulate and agree that a continuance of Ms. Fountaine's change of plea hearing from October 7, 2008 at 11:00 a.m. to October 28, 2008 at 3:00 p.m. is necessary because Ms. Fountaine was physically unable to attend the hearing on the

////
////
////
////
////
////
////

scheduled date. In addition, because of the impediment of Ms. Fountaine's health issues, time should be excluded pursuant to 18 U.S.C. § 3161(h)(4).

**IT IS SO STIPULATED.**

Dated:  October 3, 2008                                                LATHAM & WATKINS LLP

By_____
Robert E. Sims
Holly J. Tate
Attorneys for Defendant
JOANNE FOUNTAINE

**IT IS SO STIPULATED.**

Dated:  October 3, 2008                                                JOSEPH P. RUSSONIELLO
United States Attorney

By_____
Andrew S. Huang
Chinhayi J. Coleman
Assistant United States Attorney

## **ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the continuance of Ms. Fountaine's change of plea hearing from October 7, 2008 at 11:00 a.m. to October 28, 2008 at 3:00 p.m. is necessary because Ms. Fountaine is physically unable to attend the hearing on its scheduled date.

Based on these findings, IT IS HEREBY ORDERED that Ms. Fountaine's change of plea hearing is continued from October 7, 2008 at 11:00 a.m. to October 28, 2008 at 3:00 p.m. and that time is excluded from the date of this Order to October 7, 2008 under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(4).

**IT IS SO ORDERED.**

DATED: _10/6/08                                         _____
                                                        THE HONORABLE SAUNDRA B. ARMSTRONG
                                                        UNITED STATES DISTRICT JUDGE