JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW S. HUANG (CABN 193730)
CHINHAYI J. COLEMAN (CSBN 194542)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail:   andrew.huang@usdoj.gov
                chinhayi.j.coleman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-00006 SBA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO SET |
| v. | ) | TRIAL DATE, PRETRIAL |
| | ) | CONFERENCE, AND PRETRIAL |
| JOANNE FOUNTAINE and | ) | DEADLINES |
| ANTHONY TIMMONS, | ) | |
| Defendants. | ) | |

**STIPULATION**

The parties, by and through undersigned counsel, hereby agree and stipulate as follows:

Trial in the present case was most recently set for October 6, 2008. On September 15, 2008, pursuant to the parties' stipulation and request, the Court vacated this trial date and set a September 23, 2008 hearing for changes of plea by both defendants. On September 23, 2008, defendant Anthony Timmons appeared before the Court and persisted in his not guilty plea. For setting a new trial date, the Court set a status hearing for defendant Timmons for October 7, 2008. Defendant Joanne Fountaine, citing health issues, stipulated with the government to have her change of plea hearing continued to October 7, 2008. Citing health issues again, defendant

STIPULATION AND [PROPOSED] ORDER
No. CR 07-00006 SBA

Fountaine, along with the government, has requested a continuation of her change of plea hearing to October 28, 2008.

Notwithstanding defendant Fountaine's potential change of plea, the parties stipulate and request that the status hearing set for October 7, 2008 be vacated and that the Court set a trial date of May 4, 2009 for an estimated 5 trial days.  Accordingly, the parties further stipulate and request that a pretrial conference be set for April 28, 2009 at 11:00 a.m., that the deadline for submission of pretrial preparation be set for April 7, 2009, that the deadline for motions in limine and objections to evidence be set for April 14, 2009, and that the deadline for responses to motions in limine and objections to evidence be set for April 21, 2009.  Should defendant Fountaine successfully change her plea on October 28, 2008, these dates would, of course, be moot as to defendant Fountaine.  The estimated number of 5 trial days required would, however, remain unchanged.

The parties further request that, based on the facts provided herein, time between October 7, 2008 and the proposed April 28, 2009 pretrial conference be excluded under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).  All parties have spent considerable time engaging in plea agreement discussions and now face the task of adequately preparing for the proposed May 4, 2009 trial date.  Furthermore, during its pretrial investigation, the government has also indicated to the defense that it has additional discovery for the defense and is currently in the process of preparing such discovery.  Defense counsel will require additional time to review the discovery and investigate the facts and issues presented therein.  The government has also communicated to defense counsel that it is considering superseding charges that would be based upon the same facts and evidence that gave rise to the pending charges.  The government would seek such charges sufficiently in advance so as to not disrupt the proposed trial date and schedule of deadlines.

For the foregoing reasons, the parties stipulate and agree that the ends of justice served by continuing this case to an April 28, 2009 pretrial conference at 11:00 a.m. and trial commencing on May 4, 2009 trial date outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such a continuance would

1  unreasonably deny the government and defendants continuity of counsel and
2  unreasonably deny counsel for the defendants and government the reasonable time
3  necessary for effective preparation, taking into account the exercise of due diligence.

4  **IT IS SO STIPULATED.**

5  Dated: October 3, 2008                                          LATHAM & WATKINS LLP

8  _____/s/_____
   ROBERT E. SIMS
   HOLLY J. TATE
9  Attorneys for Defendant
   Joanne Fountaine

11  **IT IS SO STIPULATED.**

12  Dated: October 3, 2008

14  _____/s/_____
    LINDA FULLERTON
    Attorney for Defendant
15  Anthony Timmons

17  **IT IS SO STIPULATED.**

18  Dated: October 3, 2008                                          JOSEPH P. RUSSONIELLO
                                                                    United States Attorney

21  _____/s/_____
    ANDREW S. HUANG
    CHINHAYI J. COLEMAN
22  Assistant U.S. Attorneys

STIPULATION AND [PROPOSED] ORDER
No. CR 07-00006 SBA                       3

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby GRANTS the parties' request to vacate the current status hearing set for October 7, 2008 and set this case for pretrial conference on April 28, 2009 at 11:00 a.m. and trial commencing on May 4, 2009 at 8:30 a.m.  The Court further ORDERS that the deadline for submission of pretrial preparation be set for April 7, 2009, that the deadline for motions in limine and objections to evidence be set for April 14, 2009, and that the deadline for responses to motions in limine and objections to evidence be set for April 21, 2009.

The Court hereby FINDS that continuing the case to the April 28, 2009 pretrial conference outweighs the best interests of the public and the defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny the parties continuity of counsel and unreasonably deny counsel for the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based on these findings, IT IS HEREBY ORDERED that time is excluded from the date of this Order to April 28, 2009 under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).  A revised Order for Pretrial Preparation resetting pretrial preparation and motions deadlines will be issued separately.

Dated:  October 7, 2008

Hon. SAUNDRA BROWN ARMSTRONG
United States District Court
Northern District of California

STIPULATION AND [PROPOSED] ORDER
No. CR 07-00006 SBA                               4