1  LATHAM & WATKINS LLP
     Robert E. Sims (Ca. Bar No. 116680)
2    bob.sims@lw.com
     Holly J. Tate (Ca. Bar No. 237561)
3    holly.tate@lw.com
   505 Montgomery Street, Suite 2000
4  San Francisco, California  94111-2562
   Telephone:  (415) 391-0600
5  Facsimile:  (415) 395-8095

6  Attorneys for Defendant
   JOANNE FOUNTAINE
7

8                UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
9                   OAKLAND DIVISION

10

11  UNITED STATES OF AMERICA,          Case No. CR-07-00006-SBA

12            Plaintiff,               **STIPULATION AND AMENDED ORDER
                                       FOR CONTINUANCE AND EXCLUSION
13       v.                            OF TIME UNDER THE SPEEDY TRIAL
                                       ACT, 18 U.S.C. § 3161 ET SEQ.**
14  JOANNE FOUNTAINE,
                                       Hon. Saundra B. Armstrong
15            Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINSᴸᴸᴾ
ATTORNEYS AT LAW
SAN FRANCISCO

STIPLUATION AND ORDER
Case No. CR-07-00006 SBA

1

2                                    **STIPULATION**

3              The parties, by and through undersigned counsel, hereby agree and stipulate as

4    follows:

5              A change of plea hearing for Defendant Joanne Fountaine is currently set for

6    October 7, 2008 at 11:00 a.m.  Due to acute issues with Ms. Fountaine's health, Ms. Fountaine is

7    physically unable to attend the change of plea hearing on the scheduled date.  Accordingly, the

8    parties request that Ms. Fountaine's change of plea hearing be continued to October 28, 2008 at

9    3:00 p.m.  The parties further request that, based on the facts provided herein, time be excluded

10   under 18 U.S.C. § 3161(h)(4).

11             For several months, Ms. Fountaine has been suffering from a number of physical

12   ailments.  In early May, Ms. Fountaine underwent a non-elective surgery, during the recovery of

13   which she fell and severely injured her knee.  As a result, Ms. Fountaine underwent knee surgery

14   to repair the ligaments that tore in that fall on September 30, 2008.  As a result of this surgery,

15   Ms. Fountaine is currently immobile.  She is also in great pain and so has been taking strong pain

16   medication.  In addition, Ms. Fountaine has recently been treated for extremely high blood

17   pressure and has been advised by her doctors that she should be hospitalized for the control

18   thereof.  Ms. Fountaine's issues with her hypertension remain unresolved.

19             For these reasons, the parties stipulate and agree that a continuance of Ms.

20   Fountaine's change of plea hearing from October 7, 2008 at 11:00 a.m. to October 28, 2008 at

21   3:00 p.m. is necessary because Ms. Fountaine was physically unable to attend the hearing on the

22   / / / /

23   / / / /

24   / / / /

25   / / / /

26   / / / /

27   / / / /

28   / / / /

LATHAM&WATKINS™
ATTORNEYS AT LAW
SAN FRANCISCO

                                             1

STIPULATION AND ORDER
Case No. CR-07-00006 SBA

1    scheduled date.  In addition, because of the impediment of Ms. Fountaine's health issues, time

2    should be excluded pursuant to 18 U.S.C. § 3161(h)(4).

3                    **IT IS SO STIPULATED.**

4    Dated:  October 3, 2008                        LATHAM & WATKINS LLP

5

6    By_____
                                                   Robert E. Sims
                                                   Holly J. Tate
7                                                  Attorneys for Defendant
                                                   JOANNE FOUNTAINE

8

9                    **IT IS SO STIPULATED.**

10

11   Dated:  October 3, 2008                        JOSEPH P. RUSSONIELLO
                                                   United States Attorney

12

13   By_____
                                                   Andrew S. Huang
                                                   Chinhayi J. Coleman
14                                                 Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

AMENDED **ORDER**

2        Based on the reasons provided in the stipulation of the parties above, the Court

3  hereby FINDS that the continuance of Ms. Fountaine's change of plea hearing from October 7,

4  2008 at 11:00 a.m. to October 28, 2008 at 3:00 p.m. is necessary because Ms. Fountaine is

5  physically unable to attend the hearing on its scheduled date.

6        Based on these findings, IT IS HEREBY ORDERED that Ms. Fountaine's change

7  of plea hearing is continued from October 7, 2008 at 11:00 a.m. to October 28, 2008 at 3:00 p.m.

8  and that time is excluded from the date of this Order to October 28, 2008 under the Speedy Trial

9  Act pursuant to 18 U.S.C. § 3161(h)(4).

10        **IT IS SO ORDERED.**

11

12  DATED:  10/7/08        _____
                                           THE HONORABLE SAUNDRA B. ARMSTRONG
13                                         UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28