LATHAM & WATKINS LLP
  Robert E. Sims (Ca. Bar No. 116680)
  bob.sims@lw.com
  Holly J. Tate (Ca. Bar No. 237561)
  holly.tate@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111-2562
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095

Attorneys for Defendant
JOANNE FOUNTAINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-07-00006-SBA |
| Plaintiff, | **ORDER GRANTING DEFENDANT JOANNE FOUNTAINE'S REQUEST FOR DISCLOSURE OF DRUG TEST RESULTS** |
| v. | |
| JOANNE FOUNTAINE, | The Honorable Saundra Brown Armstrong |
| Defendant. | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING REQUEST FOR DISCLOSURE
OF DRUG TEST RESULTS
CR 07-00006 SBA

1  Based on the reasons provided in Defendant Joanne Fountaine's Request for
2  Disclosure of Positive Drug Test Results the Court hereby FINDS that it is appropriate for
3  Pretrial Services to disclose and send the results of any and all positive drug tests for Ms.
4  Fountaine to Ms. Fountaine and the Alpha Omega Drug Abuse Program Coordinator for FCC
5  Victorville, Dr. Alpha Curry.

6  Based on these findings, IT IS HEREBY ORDERED that Pretrial Services shall
7  disclose and send the results of any and all positive drug tests for Ms. Fountaine to Ms.
8  Fountaine and the Alpha Omega Drug Abuse Program Coordinator for FCC Victorville, Dr.
9  Alpha Curry.

10  **IT IS SO ORDERED.**

12  DATED:  6/9/10

*[signature: Saundra B. Armstrong]*
THE HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

16  SF\750619.1

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ORDER GRANTING REQUEST FOR DISCLOSURE
OF DRUG TEST RESULTS
CR 07-00006 SBA