# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>vs.<br><br>JOANNE FOUNTAINE,<br><br>    Defendant. | Case No: CR 07-0006-05 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Dkt. 287 |

On April 8, 2009, Defendant pled guilty to the following: Conspiracy to Commit Access Device Fraud, in violation of 18 U.S.C. § 1029(b)(2); Fraudulent Use of Social Security Number, in violation of 41 U.S.C. § 408(a)(7)(B); and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028(A). On September 22, 2009, Defendant was sentenced to thirty-seven months of imprisonment.

On April 5, 2010, the Court received a letter from Defendant, asking "for a judicial recommendation based on the provisions indicated in the Second Chance Act of 2007," and a "recommendation to the BOP to consider allotting me the twelve months pre-release residential re-entry center." Dkt. 287. To date, no response to Defendant's letter has been filed by the Government. Accordingly,

IT IS HEREBY ORDERED THAT the Government shall file a response to Defendant's letter (Dkt. 287) by no later than January 14, 2011. This matter will thereafter be taken under submission.

IT IS SO ORDERED.

Dated: December 3, 2010

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge