1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES,

        Plaintiff,

  vs.

JOANNE FOUNTAINE,

        Defendant.

Case No:  CR 07-0006-05  SBA

**AMENDED ORDER SETTING BRIEFING SCHEDULE**

Dkt. 287

On April 8, 2009, Defendant pled guilty to the following: Conspiracy to Commit Access Device Fraud, in violation of 18 U.S.C. § 1029(b)(2); Fraudulent Use of Social Security Number, in violation of 41 U.S.C. § 408(a)(7)(B); and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028(A).  On September 22, 2009, Defendant was sentenced to thirty-seven months of imprisonment.

On April 5, 2010, the Court received a letter from Defendant, asking "for a judicial recommendation based on the provisions indicated in the Second Chance Act of 2007," and a "recommendation to the BOP to consider allotting me the twelve months pre-release residential re-entry center." Dkt. 287.  On December 3, 2010, the Court issued an Order Setting Briefing Schedule, in which the Court directed the Government to file a response to Defendant's letter by no later than January 14, 2011. Dkt. 304.  To date, no response has been received from the Government.  Accordingly,

IT IS HEREBY ORDERED THAT the Government shall file a response to Defendant's letter (Dkt. 287) by no later than March 11, 2011.  This matter will thereafter be taken under submission.

1    IT IS SO ORDERED.

2    Dated: February 17, 2011

3                                                    _____
                                                     SAUNDRA BROWN ARMSTRONG
                                                     United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28